IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SEANA CROMITIE, on behalf of herself and all others similarly situated,**<br><br>　　　　　　　　　**Plaintiff,**<br><br>　　　　-v-<br><br>**WHOLESALE FURNITURE AND MATTRESS, INC.,**<br><br>　　　　　　　　　**Defendant.** | **Civil Case Number:**　1:22-cv-07026-KPF |

## NOTICE OF VOLUNTARY DISMISSAL

　　Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses all claims against Defendant in the above-captioned matter.

　　All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:　　　November 2, 2022

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com

*Attorneys for Plaintiff*
*Seana Cromitie*